# UNTIED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ETHAN CAUBARREAUX** | **CIVIL ACTION NO:** |
| **VERSUS** | **JUDGE:** |
| **UNITED STATE OF AMERICA** | **MAGISTRATE:** |

## COMPLAINT

The complaint of ETHAN CAUBARREAUX, who is a resident of Louisiana, respectfully represents the following:

### I.  NATURE OF THE ACTION

1.

This an action for money damages for personal injuries arising from the negligent or wrongful acts of Defendants herein, the UNITED STATES OF AMERICA, through its agency the United States Postal Service ("USPS") and a USPS employee, Dion Mliczek, who was in the course and scope of his employment on October 14, 2014, When the postal vehicle he was driving was involved in an accident with the vehicle in which Plaintiff, ETHAN CAUBARREAUX was a passenger.

### II.  PARTIES

2.

Plaintiff, ETHAN CAUBARREAUX, is a citizen and resident of Marksville, in Avoyelles Parish, Louisiana.

3.

Defendant, UNITED STATES OF AMERICA, is the duly constituted and sovereign government of the United State of America. At all material times, the United States Postal Service was a federal agency of the United States of America.

### III.  JURISDITCTION AND VENUE

4.

This action arises under the Federal Tort Claims Act, 28 U.S.C.A.§1346(b) and 28 U.S.C.A § 12671 et seq. This Court has jurisdiction over plaintiffs claim pursuant to 28 U.S. C.A. § 1346 (b).

5.

Venue is proper in this District pursuant to 28 U.S.C.A. § 1402 (b).

6.

On July 23, 2015, plaintiff, ETHAN CAUBARREAUX, timely filed in good faith a Standard Form 95s with the National Tort Center setting forth administrative tort claims directed at defendants, UNITED STATES OF AMERICA, related to an automobile accident that occurred on October 14, 2015. Plaintiff, ETHAN CAUBARREAUX, sought a total sum amount of damages and injuries of $1,250,000.00. On August 11, 2015 The United States Postal Service acknowledged receipt of the claim.

7.

All conditions and prerequisites to filing suit have been met pursuant to 28 U.S.C.A § 2675. It has been more than six months from August 11, 2015 and less than two years from the date of the accident, and the National Torts Center has neither accepted nor rejected the claims. Pursuant to 28 U.S.C.A § 2675 (a), plaintiff has elected to consider such failure to act as final denial of plaintiff, ETHAN CAUBARREAUX's claim.

8.

Plaintiff, ETHAN CAUBARREAUX's, Standard Form 95s is attached to this complaint as Exhibit "1", and a copy of the Proof of Receipt of Form 95s is attached to this complaint as Exhibit "2".

IV.     CLAIM FOR NEGIGENCE

9.

On or about October 14, 2014, plaintiff, ETHAN CAUBARREAUX, was a guest passenger in a 2008 GMC Sierra owned and operated by BRENNAN DELAHOUSSAYE (hereinafter "the DELAHOUSSAYE VEHICLE"). At approximately 5:32 p.m., the Delahoussaye vehicle was traveling west on Wilson Street in Lafayette, Lafayette Parish, Louisiana, when suddenly, violently and without any warning, driver, BREENAN DELAHOUSSAYE struck a 1992 Postal Service vehicle operated by Dion Mliczek and owned by the United State Government which was attempting to make a u-turn or left turn in the roadway or enter the roadway in a dangerous manner while in course and scope of his employment.

10.

At all times material to this complaint, Dion Mliczek was working in the course and scope of his employment and/or duties as an employee, for the defendant, UNITED STATES OF AMERICA. By virtue of the employer-employee relationship existing, the defendant, UNITED STATES OF AMERICA, is liable for the negligent acts of Dion Mliczek committed in the course and scope of his employment duties through vicarious or respondent superior liability.

11.

The sole and/or a proximate cause of the above described accident was the negligence of defendant, UNITED STATES OF AMERICA, through its agency the United States Postal Service, and the United States Postal Service's employee, Dion Mliczek, who was acting within the scope of his employment, including, without limitation, as follows:

**ACT OF NEGLIENCE OF DEFENDANT, UNITED STATE OF AMERICA, THROUGH ITS AGENCY THE UNITED STATES POSTAL SERVICE AND THE UNITED STATES POSTAL SERVICE'S EMPLOYEE, DION MLICZEK**

A.   Driving a vehicle in an unsafe, reckless and dangerous manner;

B.   Failing to be attentive and/or observe surrounding traffic;

C.   Failing to stop;

D.   Failing to see what should have been seen;

E.   Failing to control his vehicle; and

F.   Making an improper u-turn or left turn;

G.   Failing to properly signal any intended u-turn or left turn;

H.     Failing to act prudently under the circumstances.

12.

As a direct result of the above-described accident, complainant, Ethan Caubarreaux, sustained injuries to his neck, back, left shoulder and left elbow.

13.

As a result of the above described accident, complainant, ETHAN CAUBARREAUX, sustained the following, among other, past, present and future damages:

   A. Pain and suffering (Past, present and future),
   B. Medical expenses (past, present and future),
   C. Mental anguish, humiliation and aggravation (past, present and future),
   D. Loss of wages and/or earning capacity(past, present and future);
   E. Loss of enjoyment of life (past, present and future); and
   F. Permanent injuries/disability.

WHEREFORE, Plaintiff, ETHAN CAUBARREAUX, prays for and demands judgment against defendant, UNITED STATES OF AMERICA as follows:

1. That the defendant be served with a copy of this Complaint and duly cited to appear and answer same;

2. That after due proceedings had, there be Judgment rendered herein in favor of the complainant, ETHAN CAUBARREAUX, and against the defendant, UNITED STATES OF AMERICA, for such damages as are reasonable in the premises, together with the maximum legal interest from date of judicial demand, until paid, and for all costs of these proceedings;

3. Judgment for the sum of $1,250,000.00 for plaintiff, ETHAN CAUBARRAUX, for past, present, and future pain and suffering; past, present, and future mental anguish; past, present, and future medical expenses; travel expenses incurred for medical visits relating to this accident, as well as loss of future wages, and wage earning capacity and loss of enjoyment of life.

4. For full, general and equitable relief to which plaintiff are legally entitled; and

5. For all costs of the proceedings.

        Respectfully Submitted:
        **BRIAN CAUBARREAUX AND ASSOCIATES**

    By:  s/WESLEY ELMER
        **BRIAN M. CAUBARREAUX, #21522**
        **EMILY G. MECHE, 31177**
        **WESLEY ELMER, #23724**
        144 W. Tunica Drive
        Post Office Box 129
        Marksville, Louisiana  71351
        Telephone: 318/253-0900
        **ATTORNEYS FOR PLAINTIFF**
        **ETHAN CAUBARREAUX**