# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ETHAN CAUBARREAUX** | ) | **CIVIL ACTION NO: 16-cv-00974** |
| | ) | |
| **VERSUS** | ) | **JUDGE DAVIS** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **MAGISTRATE JUDGE HANNA** |
| | ) | |

## JUDGMENT OF DISMISSAL

Considering the Joint Stipulation of Dismissal filed by the parties in this case,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendants, Brennan Delahoussaye, State Farm Mutual Automobile Insurance Company, Louisiana Farm Bureau Casualty Insurance Company, and the United States of America, and this action in its entirety, are hereby **DISMISSED** with prejudice, with each party to bear their own costs including attorney's fees.

**THUS DONE AND SIGNED** this _____ day of _____, 2018, at Shreveport, Louisiana.

_____
**HONORABLE EUGENE DAVIS**
**UNITED STATES DISTRICT JUDGE**